# COURT MINUTES OF CONFERENCE

ESTATE OF RYLAN AISLEE KOOPMEINERS,

     v.                                               CASE NO. 14-CV-1115

SARAH GUMM AND
CARE.COM, INC.,

## HON. J. P. STADTMUELLER PRESIDING

DATE: October 30, 2014                       TIME SCHEDULED: 8:30 a.m.

COURT DEPUTY/CLERK: Elleny Christopoulos     TIME CALLED: 8:39 a.m.

COURT REPORTER: Sheryl Stawski            TIME FINISHED: 8:49 a.m.

PURPOSE: Scheduling Conference

PLAINTIFF BY: Werner Erich Scherr and Gail Groy

DEFENDANT GUMM BY: Jed Stone

DEFENDANT CARE.COM BY: Douglas Poland

Notes:

8:39 a.m. Appearances

8:40 Court discusses background of case; Court provides the parties with the following firm dates: trial to begin on **Monday, September 28, 2015**; final pretrial conference to be held on **Tuesday, September 22, 2015;** final pretrial report due on **Thursday, September 17, 2015**; dispositive motions cutoff of **Friday, April 10, 2015**; Court will issue a trial scheduling order shortly, which parties should review very closely; Court does not require formal scheduling for all other matters; the parties shall confer to determine all dates other than those listed in the trial scheduling order

8:42 Court notes that parties may request mediation to be conducted by magistrate judges; if they wish to do so, the parties should make their request approximately 45 to 60 days in advance of the date desired for mediation

8:43 Mr. Scherr inquires as to a hearing for the default judgment motion and motion for leave to file an answer (Docket #11 #13); Court responds that the default judgment will be denied and the

answer will stand; record reflects that the court ruled from the bench on these matters; Mr. Scherr also discusses disclosures related to Defendant Gumm's possible insurance; the parties anticipate that this may affect dates in the case; court responds that is fine as long as it does not affect the firm dates in trial scheduling order

8:45 Mr. Stone indicates that this is a non-issue since the defendant did not have homeowner insurance

8:46 Ms. Groy questions the defendants' response regarding homeowner insurance; indicates that the defendant's husband had insurance policy; also questions the court regarding mediation schedules; court reiterates that mediation is not required

8:47 Mr. Poland has nothing additional to address at this time

8:47 Court reiterates that it will issue a scheduling order shortly

8:49  Court stands in recess