UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

ESTATE OF RYLAN AISLEE
KOOPMEINERS, et al.,

    Plaintiffs,

and

BLUE CROSS BLUE SHIELD OF
WISCONSIN, et al.,

    Involuntary Plaintiffs,

v.

SARAH GUMM, et al.,

    Defendants.

Case No. 14-CV-1115

Code No. 30105 (Wrongful Death)

## ANSWER OF SARAH GUMM

NOW COMES the defendant, SARAH GUMM, by her attorney, Jed Stone, and answers Plaintiff's complaint as follows:

1. SARAH GUMM admits the allegations of paragraph 1 of Plaintiff's complaint.

2. SARAH GUMM admits the allegations of paragraph 2 of Plaintiff's complaint.

3. SARAH GUMM admits the allegations of paragraph 3 of Plaintiff's complaint.

4. SARAH GUMM admits the allegations of paragraph 4 of Plaintiff's complaint.

5. SARAH GUMM admits that she resides in the State of Illinois. She further admits that she was engaged as a child care provider for Rylan Koopmeiners but denies the remainder of paragraph 5 of Plaintiff's complaint.

6. SARAH GUMM is without knowledge or information to form a belief as to the truth of the allegations in paragraphs 6, 7 and 8 of Plaintiff's complaint.

7. SARAH GUMM is without knowledge or information to form a belief as to the truth of the allegations in paragraphs 10, 11 and 12 of Plaintiff's complaint.

8. SARAH GUMM denies the allegation of paragraph 13 of Plaintiff's complaint.

9. SARAH GUMM denies the allegations of paragraph 14 of Plaintiff's complaint.

10. SARAH GUMM denies the allegations of paragraph 16 of Plaintiff's complaint.

11. SARAH GUMM denies the allegations of paragraph 17 of Plaintiff's complaint.

12. SARAH GUMM is without knowledge or information to form a belief as to the truth of the allegations in paragraphs 18, 20 and 22 of Plaintiff's complaint.

WHEREFORE, SARAH GUMM prays that this court enter judgment in her favor and dismiss Plaintiff's complaint against her.

Respectfully submitted,

By: s/ Jed Stone
Jed Stone
Illinois Bar No. 2745127
Attorney for SARAH GUMM

STONE & ASSOCIATES, LTD.
415 West Washington St., Ste 107
Waukegan, IL 60085
847.336-7888