

ONE EAST MAIN STREET, SUITE 500 • POST OFFICE BOX 2719
MADISON, WISCONSIN 53701-2719
TEL·608.257.3911 FAX·608.257.0609
WWW·GKLAW.COM

Direct: 608-284-2625
dpoland@gklaw.com

Also admitted to Practice in
the State of Illinois

July 27, 2015

**VIA ECF**

Hon. Pamela Pepper
District Judge
U.S. District Court for the Eastern District of Wisconsin
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE:    *Estate of Rylan Aislee Koopmeiners, et al. v. Sarah Gumm, et al.*,
              Case No. 14 CV 1115

Dear Judge Pepper:

      We write to the Court in response to the correspondence submitted by Ms. Groy on Friday, July 24. I had spoken with Ms. Groy previously, and agreed that the parties had miscommunicated about seeking approval from the Department of the Navy regarding access to the work station computer that Ms. Koopmeiners used. We provided Ms. Groy with proposed language to submit to the Court in response to the Court's request for an update on the status of the discovery of the Department of the Navy. Ms. Groy included our proposed statement in her correspondence to the Court in the second enumerated paragraph of her letter, confirming that the parties would jointly take responsibility to immediately obtain the Navy's approval to access Ms. Koopmeiners' work station computer. As I told Ms. Groy in my conversation with her, we suggested that language, in part, because in our communications with a Navy representative, he informed us that the Navy would provide a broader range of responsive materials, including private and personal information, if the request were submitted by the plaintiffs themselves or their counsel.

      In addition to that agreed-upon statement, however, Ms. Groy submitted to the Court selected correspondence among counsel, which we do not believe reflects the parties' full and complete discussion of this topic, and therefore is not a full and fair picture of the parties' efforts to obtain this discovery. Rather than burden the Court with additional information, however, we prefer to rest on the agreed-upon statement, reflected in the second enumerated paragraph of Ms. Groy's letter, stating that the parties will work together to immediately submit a request to the Department of the Navy. To that end, we have provided Ms. Groy with a draft *Touhy* request, which encompasses requests for information pertaining to both Reggan and Nathan Koopmeiners

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY AND APPLETON, WISCONSIN AND WASHINGTON, D.C.
GODFREY & KAHN, S.C. IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Case 2:14-cv-01115-PP Filed 07/27/15 Page 1 of 2 Document 30

Hon. Pamela Pepper
July 27, 2015
Page 2

and this litigation, and informed her that we expect the full cooperation of the plaintiffs and their counsel to submit this request to the Department of the Navy forthwith.

> Very truly yours,
>
> GODFREY & KAHN, S.C.
>
> */s/ Douglas M. Poland*
>
> Douglas M. Poland
> Erin A. West

cc: Jed Stone (via ECF)
  Gail C. Groy (via ECF)
  W. Erich Scherr (via ECF)

14052570.1