UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ESTATE OF RYLAN AISLEE KOOPMEINERS, ET AL, <br>     Plaintiffs, <br><br> and <br><br> BLUE CROSS BLUE SHIELD OF WISCONSIN, ET AL <br>     Involuntary Plaintiffs, <br><br> v. <br><br> SARAH GUMM, ET AL., <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 14-CV-1115 |

## ORDER

UPON review of the Plaintiff's Joint Stipulation to grant an Order as required by the Fair Credit Reporting Act (FCRA) 15 U.S.C. Sec. 1681 et Seq for the release of the Consumer reports and related documents relating to SARAH GUMM (aka SARAH RACHONER aka SARAH KOEHN)., this Court hereby GRANTS and APPROVES said Stipulation.

ITS IS SO ORDERED this _____ day of _____, 2015.

_____
Honorable Pamela Pepper
United States District Judge