UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

ESTATE OF RYLAN AISLEE
KOOPMEINERS, et al.,

    Plaintiffs,

and                               Case No.: 14-CV-1115

BLUE CROSS BLUE SHIELD OF
WISCONSIN, et al.,

    Involuntary Plaintiffs,

v.

SARAH GUMM, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

STATE OF WISCONSIN  )
                               ) ss
COUNTY OF KENOSHA   )

    I, Carolynn M. Frazer, being first duly sworn on oath, depose and say that I mailed a true copy of the **JOINT STIPULATION AND AN ORDER UNDER FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. SEC. 1681 AND AMENDED PROTECTIVE ORDER**, in the above-entitled action, to the person(s) named and at the addresses stated hereinafter, by enclosing the same in an envelope, unless otherwise stated below, which was postpaid for first class handling, which bore the sender's return address of RIZZO & DIERSEN, S.C., 3505 30th Avenue, Kenosha, Wisconsin, 53144, and which was mailed in Kenosha,

Wisconsin, on November 25, 2015.

**NOTICE VIA CM/ECF:**

Defendant Care.com, Inc.

Douglas M. Poland
dpoland@rathjewoodward.com
RATHJE & WOODWARD, LLC
10 East Doty Street
Suite 800
Madison, WI 53703

**NOTICE VIA CM/ECF:**

Erin West
ewest@gklaw.com
Joshua Johanningmeier
jjohanni@gklaw.com
GODFREY & KAHN, S.C.
One East Main Street, Ste 500
Post Office Box 2719
Madison, WI 53701-2719

**NOTICE VIA CM/ECF:**

Defendant Sarah Gumm

Jed Stone
STONE & ASSOCIATES, LTD.
415 Washington Street, Ste 107
Waukegan, IL 60085
jstone@jedstone.com

Dated this 25 day of November, 2015.

_____
Carolynn M. Frazer

Subscribed and Sworn to before me
this 25 day of November, 2015.

_____
Notary Public,
Kenosha County, State of Wisconsin
My Commission: expires: 01-13-2019 .

RIZZO & DIERSEN, S.C.
Attorneys at Law
3505 30th Avenue
Kenosha, WI 53144
Phone (262)652-5050
Fax (262)652-5053

2

Case 2:14-cv-01115-PP   Filed 11/25/15   Page 2 of 2   Document 37