UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

ESTATE OF RYLAN AISLEE
KOOPMEINERS, et al.,

        Plaintiffs,

   and                                             Case No. 14-CV-1115

BLUE CROSS BLUE SHIELD OF
WISCONSIN, et al.,

        Involuntary Plaintiffs,

   v.

SARAH GUMM, et al.,

        Defendants.

## NOTICE OF CHANGE OF LAW FIRM AND ADDRESS

      PLEASE TAKE NOTICE that effective November 23, 2015, Attorney Douglas M. Poland, counsel for Defendant Care.com, has changed law firms, and has a new mailing address. Please direct all future communications to Mr. Poland, and copies of all documents served on Mr. Poland, to the following address:

    Douglas M. Poland
    Rathje & Woodward, LLC
    10 East Doty Street, Suite 800
    Madison, WI 53703
    Tel: (608) 441-5104
    Fax: (608) 441-5707
    dpoland@rathjewoodward.com

      Please continue to serve Attorneys Josh Johanningmeier and Erin West, also counsel for Care.com, at their addresses of record.

Dated: November 25, 2015.                    GODFREY & KAHN, S.C.

                                             By: *s/ Erin A. West*
                                                  Josh Johanningmeier
                                                  State Bar No. 1041135
                                                  Erin A. West
                                                  State Bar No. 1075729
                                             *Attorneys for Defendant Care.com, Inc.*

P.O. ADDRESS:
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Phone: 608-257-3911
Fax: 608-257-0609
jjohanni@gklaw.com
ewest@gklaw.com

14866717.1