UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: June 10, 2016
JUDGE: Pamela Pepper
CASE NO: 2014-cv-1115
CASE NAME: Estate of Rylan Aislee Koopmeiners et al v. Sarah Gumm
NATURE OF HEARING: Status Conference
Gail Groy – Attorney for the plaintiffs
J. Michael Riley – Attorney for the plaintiffs
Joshua Johanningmeir – Attorney for defendant Care.com
COURTROOM DEPUTY: Kristine Wrobel
TIME: 10:34 a.m. – 10:41 a.m.
HEARING: Final pretrial conference set for September 28, 2017 at 9:30 a.m. In Room 225
Trial set for October 23, 2017 at 9:00 a.m. in Room 225

The court had scheduled this hearing to allow the parties time to discuss possible trial dates with their clients and witnesses. Attorney Riley reported that the parties anticipated that the trial likely would last at least one week, and possibly as long as two weeks. After discussing several possible fall trial dates, Attorney Groy told the court that October 23, 2017 would work for the plaintiffs; Attorney Johanningmeier agreed that an October 23rd trial date would work for the defendants, as well.

The court scheduled the final pretrial conference for September 28, 2017 at 9:30 a.m. in Room 225. The court scheduled the trial for October 23, 2017 at 9:00 a.m. in Room 225, continuing into the week of October 30, 2017.

1