UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

ESTATE OF RYLAN AISLEE
KOOPMEINERS, et al.,

       Plaintiffs,

  and                                     Case No. 14-CV-1115

BLUE CROSS BLUE SHIELD OF
WISCONSIN, et al.,

       Involuntary Plaintiffs,

  v.

SARAH GUMM, et al.,

       Defendants.

## NOTICE OF WITHDRAWAL AS TO ATTORNEY DOUGLAS M. POLAND

      PLEASE TAKE NOTICE that the appearance of Attorney Douglas M. Poland as counsel of record in this matter for Defendant Care.com, Inc. is hereby withdrawn. Defendant Care.com, Inc. will continue to be represented by Attorney Josh Johanningmeier and Attorney Erin A. West of Godfrey & Kahn, S.C. and Attorney Steven P. Benenson of Porzio, Bromberg & Newman, P.C., whose appearances have already been filed with the Court.

| Dated: August 31, 2016. | /s/ *Douglas M. Poland* |
|---|---|

Douglas M. Poland State Bar No. 1055189
*Attorneys for Defendant Care.com*
Rathje & Woodward LLC
10 E Doty Street, Suite 507
Madison, WI 53703-3397
Phone: 608-960-7453
Fax: 608-960-7460
dpoland@rathjewoodward.com


Josh Johanningmeier State Bar No. 1041135
Erin A. West State Bar No. 1075729
*Attorneys for Defendant Care.com*
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Phone: 608-257-3911
Fax: 608-257-0609
jjohanni@gklaw.com
ewest@gklaw.com


Steven P. Benenson NJ Attorney ID#037011984
*Attorneys for Defendant Care.com*
PORZIO, BROMBERG & NEWMAN, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Phone: 973-889-4339
Fax: 973-538-5146
spbenenson@pbnlaw.com