UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF RYLAN AISLEE
KOOPMEINERS, et al.,

Case No. 14-cv-1115-pp

Plaintiffs,

v.

SARAH GUMM, et al.,

Defendants.

---

**ORDER GRANTING JOINT MOTION TO EXTEND
DAMAGES EXPERT DEADLINES (DKT. NO. 55)**

---

On November 22, 2016, the plaintiffs and the defendant Care.com, Inc. filed a Joint Motion to Extend Damages Expert Deadlines. Dkt. No. 55.

The court **GRANTS** the parties' Joint Motion to Extend Damages Expert Deadlines, Dkt. No. 55, and **ORDERS** that:

1.      The plaintiffs shall disclose the identities of any expert witnesses with respect to damages, along with their reports and supporting documentation, by July 21, 2017;

2.      Defendant Care.com shall disclose the identities of its expert witnesses with respect to damages, along with their reports and supporting documentation, by August 25, 2017;

3.      The plaintiffs shall disclose the identities of any rebuttal experts with respect to damages, along with their reports and supporting documentation, by September 15, 2017;

4.      The parties shall complete all discovery of expert witnesses with respect to damages by September 28, 2017.

1

All other deadlines from the court's September 6, 2016 scheduling order remain in place.

Dated in Milwaukee, Wisconsin, this 28th day of November, 2016.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**

2