

ONE EAST MAIN STREET, SUITE 500 • POST OFFICE BOX 2719
MADISON, WISCONSIN 53701-2719
TEL·608.257.3911  FAX·608.257.0609
WWW·GKLAW.COM

Direct: 608-284-2637
jjohanni@gklaw.com

April 6, 2017

**VIA ECF**

The Honorable Pamela Pepper
United States Courthouse Room 271
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE:    *Estate of Rylan Koopmeiners, et. al. v. Gumm and Care.com, Inc.*
              E.D. Wis. Case No. 14-CV-1115-PP
              File No. 012603-0001

Dear Judge Pepper:

      This firm represents defendant Care.com in the above-referenced wrongful death case. We write to provide the Court with a status report regarding the parties' recent mediation efforts, as directed by your March 10, 2017 text order.

      The parties engaged in a full day of mediation on March 29, 2017, at the Axley law firm in Madison. James R. Cole, Esq. of Cole ADR mediated. The parties found the mediation helpful in narrowing their dispute, including with respect to the merits of their respective claims and defenses and the valuation of the case. Although the parties did not reach a resolution on that date, they remain engaged, with Mr. Cole's continued assistance, in negotiations in the hopes of reaching a settlement.

      The parties continue to believe that their interests would best be served by continuing to focus their energies on these negotiations, and that resuming litigation at this juncture would likely undermine the considerable progress that they have made. Accordingly, the parties jointly and respectfully request that the court keep the discovery stay in place for 21 additional days to permit them to so proceed. If the parties reach an impasse, they will advise the court and request a scheduling conference to establish new deadlines for completing outstanding discovery and filing dispositive motions.

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY AND APPLETON, WISCONSIN AND WASHINGTON, D.C.
GODFREY & KAHN, S.C. IS A MEMBER OF TERRALEX,® A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS.

If the Court requires a call with the parties regarding this request, has any questions, or would like us to submit a stipulation and proposed order, please advise.

Respectfully submitted,

GODFREY & KAHN, S.C.
Attorneys for Care.com

*s/ Josh Johanningmeier*
By: Josh Johanningmeier (#1041135)

AXLEY BRYNELSON, LLP
Attorneys for Plaintiffs

*s/ Gail C. Groy*
By: Gail C. Groy (#1084553)

## Certificate of Service

I hereby certify that on April 6, 2017, I caused the foregoing document to be electronically filed with the Clerk of Court using the ECF system, which will make this document available to all counsel of record for viewing and downloading from the ECF system.

I further certify that the following non-ECF participant was served with a copy of the aforementioned document by U.S. Mail at the address listed below:

Sarah Gumm Y11502
Logan Correctional Center
PO Box 1000
Lincoln, IL 62656

*s/ Josh Johanningmeier*
Josh Johanningmeier

17043186.1