

AXLEY BRYNELSON, LLP

• • • • • •

GAIL C. GROY
DIRECT: 608·260·2485
EMAIL: ggroy@axley.com

May 4, 2017

Honorable Pamela Pepper
U.S. District Court for the Eastern
 District of Wisconsin
United States Courthouse, Room 271
517 East Wisconsin Avenue
Milwaukee, WI 53202

    RE: *The Estate of Rylan Ainslee Koopmeiners, et al. v. Sarah Gumm, et al.*
         Case No. 14-CV-1115
         Our File: 21247.76059

Dear Judge Pepper:

The Court was kind enough to grant additional time in which to pursue mediation. The mediation session itself clarified some issues and identified others that required further exploration. The parties have worked diligently to address those issues. Having done that, the parties have made substantial progress towards resolving this matter in the past week.

Given that, the parties respectfully request that the Court grant us an additional two weeks stay in which to continue our negotiations. Based on our current positions and the meaningful progress in the past week we are hopeful this matter can be resolved within the additional time we are requesting.

We are authorized to state that Care.com joins in this request. Ms. Gumm has taken no active role in the litigation to date and is not involved in the settlement negotiations.

Should the Court require a conference call with the parties regarding this request, or would like us to submit any form of order, please advise.

We appreciate the Court's consideration of our request, as well as the Court's past courtesies.

Respectfully,

AXLEY BRYNELSON, LLP

*Gail C. Groy*

Gail C. Groy
GCG:hld
cc:    Attorney Steven Benenson (via email and U.S. Mail)
       Attorney Joshua L. Johanningmeier (via email and U.S. Mail)
       Attorney Erin West (via email and U.S. Mail)
       Ms. Sarah Gumm (via U.S. Mail only)

PO Box 1767 • Madison WI 53701-1767 • 2 East Mifflin Street • Suite 200 • Madison WI 53703 • 608.257.5661 • 800.368.5661 • Fax 608.257.5444 • www.axley.com

Case 2:14-cv-01115-PP   Filed 05/04/17   Page 1 of 1   Document 61