

# Cole Dispute Resolution

33 E. Main St., Suite 900
Madison, WI 53703
Phone: (608) 283-2403
E-Mail: jim@coleadr.com

May 19, 2017

VIA EMAIL: pepperpo@wied.uscourt.gov
and U.S. MAIL

Honorable Pamela Pepper
U.S. District Court for the
Eastern District of Wisconsin
United State Courthouse, Room 271
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE:    Estate of Rylan A. Koopmeiners et al. v. Sarah Gumm, et al.
              Case No. 14-CV-1115

Dear Judge Pepper:

    At your request, the parties in this case retained me as a mediator to work with them in an attempt to resolve the issues between the plaintiffs and defendant Care.com.

    We have had a number of meaningful discussions which are ongoing as the parties seek to come to a final resolution. Based on the most recent communications I believe the parties are very close to completing an agreement.

    As the mediator, I can represent to the Court that I believe progress is being made. On behalf of the parties I respectfully request the Court extend any current deadlines for a period not to exceed one week to allow the negotiations to continue.

                                        Respectfully,

                                        James R. Cole

JRC:ljs
cc:    J. Michael Riley, Esq.
        Gail Groy, Esq.
        Steven P. Benenson, Esq.

QB\45888317.1