

AXLEY BRYNELSON, LLP

. . . . . .

J. MICHAEL RILEY
DIRECT: 608-283-6778
EMAIL: mriley@axley.com

May 30, 2017

Honorable Pamela Pepper
U.S. District Court for the Eastern
 District of Wisconsin
United States Courthouse, Room 271
517 East Wisconsin Avenue
Milwaukee, WI 53202

    RE:    *The Estate of Rylan Ainslee Koopmeiners, et al. v. Sarah Gumm, et al.*
           Case No. 14-CV-1115
           Our File:  21247.76059

Dear Judge Pepper:

As the Court is aware the parties have resolved this matter.  The mediator had written the Court indicating that we would be providing appropriate closing documents and we will certainly do so.  The timeframe suggested by the mediator was a week.  Given the rather complex nature of this matter and the need to circulate documents through multiple parties more time will be required.

We would respectfully request that the Court allow us 30 days in which to prepare documents, obtain the necessary approvals, and forward them to the Court.

The resolution is between Care.com and the Koopmeiners.  As the Court is aware, Ms. Gumm has taken no active role in this litigation and is not involved in the resolution arrived at between The Koopmeiners and Care.com.

Best regards,

AXLEY BRYNELSON, LLP

*Electronically signed by J. Michael Riley*

J. Michael Riley
MR:hld

    cc:    Attorney Steven Benenson (via email and U.S. Mail)
           Attorney Joshua L. Johanningmeier (via email and U.S. Mail)
           Attorney Erin West  (via email and U.S. Mail)
           Ms. Sarah Gumm (via U.S. Mail only)

PO Box 1767• Madison WI 53701-1767• 2 East Mifflin Street• Suite 200• Madison WI 53703• 608.257.5661• 800.368.5661• Fax 608.257.5444• www.axley.com

Case 2:14-cv-01115-PP   Filed 05/30/17   Page 1 of 1   Document 63