UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESTATE OF RYLAN AISLEE KOOPMEINERS, NATHAN KOOPMEINERS, and REGGAN KOOPMEINERS, | |
| Plaintiffs, | Case No. 14-cv-1115-pp |
| v. | |
| SARAH GUMM and CARE.COM, INC. | |
| Defendants. | |

**ORDER APPROVING STIPULATION FOR DISMISSAL OF CARE.COM, INC. (DKT. NO. 66) AND GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT SARAH GUMM (DKT. NO. 67)**

On August 15, 2017, the plaintiffs filed a stipulation, in which the plaintiff and defendant Care.com, Inc. agreed that the court should dismiss Care.com with prejudice. Dkt. No. 66. On August 21, 2017, the plaintiffs filed a motion under Fed. R. Civ. p. 41(a)(2), asking the court to dismiss their claims against defendant Sarah Gumm without prejudice. Dkt. No. 67.

The court **APPROVES** the stipulation for dismissal of defendant Care.com, Inc. Dkt. No. 66. The court **ORDERS** that all claims against Care.com, Inc. are **DISMISSED** with prejudice, without costs to any party.

The court **GRANTS** the plaintiffs' motion for voluntary dismissal of defendant Sarah Gumm. Dkt. No. 67. The court **ORDERS** that the claims against Sarah Gumm are **DISMISSED** without prejudice, without costs or fees

1

Case 2:14-cv-01115-PP   Filed 08/22/17   Page 1 of 2   Document 68

to either party.

The court **ORDERS** that this case is **DISMISSED**.

Dated in Milwaukee, Wisconsin this 22nd day of August, 2017

BY THE COURT:

**HON. PAMELA PEPPER**
**United States District Judge**

3539454
3719301