UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF RYLAN AINSLEE KOOPMEINERS,
NATHAN KOOPMEINERS,
and REGGAN KOOPMEINERS,

       Plaintiffs,

v.

SARAH GUMM and CARE.COM, INC.,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 14-cv-1115-pp

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

     **THE COURT ORDERS AND ADJUDGES** that the stipulation for dismissal of defendant Care.com, Inc., dkt. no. 66, is **APPROVED**, and all claims against Care.com are **DISMISSED** with prejudice.

     **THE COURT FURTHER ORDERS AND ADJUDGES** that the plaintiff's motion for voluntary dismissal of defendant Sarah Gumm, dkt. no. 67, is **GRANTED**, and all claims against Sarah Gumm are **DISMISSED** without prejudice.

     **THE COURT ORDERS** that this case is **DISMISSED**.

     Approved and dated in Milwaukee, Wisconsin this 22nd day of August, 2017.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Court**

STEPHEN C. DRIES
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk